IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGGE S. BEIERMANN, | ) | CASE NO. 4:04CV3255 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion for leave to proceed on appeal in forma pauperis and the accompanying affidavit (Filing No. 26).

Pursuant to Federal Rule of Appellate Procedure 24(a)(2), the Plaintiff may proceed on appeal in forma pauperis.

IT IS ORDERED:

1. The Plaintiff's motion for leave to proceed on appeal in forma pauperis (Filing No. 26) is granted; and

2. The Plaintiff may proceed on appeal in forma pauperis.

DATED this 12th day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge